BENNETT *v.* GEORGIA AGRICULTURAL CREDIT CORPORATION *et al.*

HINES, J. Under the pleadings and the evidence the court did not err in refusing to grant an interlocutory injunction in this case.

*Judgment affirmed. All the Justices concur.*

No. 5908. OCTOBER 14, 1927.

Petition for injunction. Before Judge Eve. Tift superior court. February 2, 1927.

*R. D. Smith,* for plaintiff.

*Ellis, Mitchell & Ellis* and *S. F. Mitchell,* for defendants.

---

SOUTHERN RAILWAY COMPANY *v.* WRIGHT, comptroller-general, *et al.*

GILBERT, J. In this case the judgment is affirmed on authority of *Central of Georgia R. Co.* v. *Wright,* ante 1, without adopting the exact phraseology of the headnote rendered by the Court of Appeals. GILBERT and HINES, JJ., concur, but adhere to the views respectively expressed by them in the case above cited.

*Judgment affirmed. All the Justices concur.*

No. 5923. OCTOBER 14, 1927.

Certiorari; from Court of Appeals. 36 *Ga. App.* 391.

*McDaniel & Neely* and *Rembert Marshall,* for plaintiff in error.

*L. J. Steele,* contra.